# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>                    Plaintiffs,<br>     v.<br><br>GOLDEN STATE ERECTORS, INC., a California corporation,<br><br>                    Defendant. | Case No. CV 11-8673 GW (JEMx)<br><br>JUDGMENT<br><br>Complaint Filed: October 19, 2011<br>Judge:       Hon. George H. Wu |

1  Pursuant to the application of Plaintiffs for judgment pursuant to the Stipulation of Judgment and Order thereon and good cause appearing:

IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST shall recover from Defendant GOLDEN STATE ERECTORS, INC., a California corporation, the sum of $180,977.79, which includes $174,898.17 for the balance owed on the Stipulation of Judgment, $4,707.12 in interest due on the Stipulation of Judgment and $1,372.50 for attorney's fees.

Judgment is entered this 11th day of April, 2013.

Dated: April 11, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE